UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL R. MCKENNON,**

    **Plaintiff,**

v.                                     Case No: 6:18-cv-323-Orl-41DCI

**NEWSCASTIC INC.,**

    **Defendant.**

                                   /

**ORDER AND PERMANENT INJUNCTION**

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Final Default Judgment (Doc. 9). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation ("R&R," Doc. 11), in which he recommends that the motion be granted in part. Plaintiff filed a Notice (Doc. 12), indicating that he had no objection to the R&R.

After a *de novo* review of the record, the Court agrees with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment (Doc. 9) is **GRANTED in part** and **DENIED in part**.

3. Defendant is permanently enjoined from:

    a. Directly or indirectly infringing Plaintiff's copyright in the Photograph (depicted in Doc. 1 at ¶ 10);

    b. Continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived

or copied from the Photograph or to participate or assist in any such activity; and

c. Directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of the Photograph.

4. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $48,369.20.[1]

5. The motion is **DENIED** in all other respects.

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 8, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] $45,000.00 in statutory damages and $3,369.20 in attorneys fees and costs.